CLERK'S OFFICE U.S. DIST. COURT

NOV 08 2012

JULI͟A͟ ͟C͟͟ ͟ ͟ERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM T. KEMPH, | ) | CASE NO. 7:12CV00430 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| | ) | |
| TOWN OF VINTON, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the clerk is **DIRECTED** to amend the court's docket to reflect that this action is brought under 42 U.S.C. § 1983; this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1367(c), and this action is stricken from the active docket of the court.

ENTER: This 8th day of November, 2012.

/s/ Glen E. Conrad

Chief United States District Judge