IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM T. KEMPH, | ) | CASE NO. 7:12CV00430 |
| | ) | |
| Plaintiff, | ) | |
| | ) | FINAL ORDER |
| v. | ) | |
| | ) | |
| TOWN OF VINTON, ET AL., | ) | By: Glen E. Conrad |
| | ) | Chief United States District Judge |
| Defendant(s). | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

ADJUDGED AND ORDERED

that the clerk is DIRECTED to amend the court's docket to reflect that this action is brought under 42 U.S.C. § 1983; this civil action is DISMISSED without prejudice, pursuant to 28 U.S.C. §§ 1915A(b)(1) and 1367(c), and this action is stricken from the active docket of the court.

ENTER: This 8th day of November, 2012.

/s/ Glen E. Conrad
Chief United States District Judge